## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANNY HILL,                          :    CIVIL ACTION NO. 3:21-CV-1036
                                     :
            Plaintiff                :    (Judge Conner)
                                     :
    v.                               :
                                     :
KALAHARI RESORTS PA, LLC,            :
                                     :
            Defendant                :

### ORDER

AND NOW, this 23rd day of November, 2021, upon consideration of the motion (Doc. 6) to remand by plaintiff Danny Hill, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.   The motion (Doc. 6) to remand is GRANTED.

2.   The above-captioned case is REMANDED to the Monroe County Court of Common Pleas.

3.   The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania